Certificate Number: 12433-PAM-DE-033237194

Bankruptcy Case Number: 19-03198



12433-PAM-DE-033237194

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 11, 2019, at 7:11 o'clock PM EDT, Lynette M. Roy completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: August 11, 2019       By:    /s/Lance Brechbill

                                                         Name:  Lance Brechbill

                                                         Title:  Teacher