```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                    Case No. 19-03198-RNO
Lynette Madeline Roy                                                      Chapter 13
        Debtor                       CERTIFICATE OF NOTICE
District/off: 0314-5          User: DDunbar              Page 1 of 1              Date Rcvd: Sep 18, 2019
                              Form ID: ntcnfhrg          Total Noticed: 19


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2019.
db             Lynette Madeline Roy,    153 St. Andrews Drive,    Bushkill, PA 18324-8670
5227520       +CHASE BANK,    PO BOX 15298,    WILMINGTON, DE 19850-5298
5227521        CHS PROFESSIONAL PRACTICE INC,    PO BOX 826348,    PHILADELPHIA, PA 19182-6348
5227522        CITI CARDS/CBNA,    PO BOX 6241,    SIOUX FALLS, SD 57117-6241
5227524       +EXXONMOBIL/CBNA,    PO BOX 6404,    SIOUX FALLS, SD 57117-6404
5235575       +JPMorgan Chase Bank, N.A.,     s/b/m/t Chase Bank USA, N.A.,
                c/o Robertson, Anschutz & Schneid, P.L.,    6409 Congress Avenue, Suite 100,
                Boca Raton, FL 33487-2853
5227525        PNC BANK MORTGAGE SERVICING,    PO BOX 8703,    DAYTON, OH 45401-8703
5227526       +SEARS/CBNA,    PO BOX 6282,    SIOUX FALLS, SD 57117-6282
5227528       +SELECT PORTOLIO SERVICING,    10401 DEERWOOD PARK BLVD,    JACKSONVILLE, FL 32256-5007
5227529       +ST LUKES,    801 OSTRUM STREET,    BETHLEHEM, PA 18015-1000

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2019 19:31:57
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5227519        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 19:31:54      CAPITAL ONE,
                 PO BOX 30285,    SALT LAKE CITY, UT 84130-0285
5241739        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2019 19:31:53
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
5227523        E-mail/Text: mrdiscen@discover.com Sep 18 2019 19:29:00      DISCOVER,   PO BOX 30943,
                 SALT LAKE CITY, UT 84130
5230880        E-mail/Text: mrdiscen@discover.com Sep 18 2019 19:29:00      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
5227527       +E-mail/Text: jennifer.chacon@spservicing.com Sep 18 2019 19:29:57
                 SELECT PORTFOLIO SERVICING INC,    ATTN BANKRUPTCY DEPT,   PO BOX 65250,
                 SALT LAKE CITY, UT 84165-0250
5227530        E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 19:31:15      SYNCHRONY BANK,
                 ATTN BANKRUPTCY DEPT,    PO BOX 965060,    ORLANDO, FL 32896-5061
5228222       +E-mail/PDF: gecsedi@recoverycorp.com Sep 18 2019 19:31:14      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
5227531       +E-mail/Text: litigation@glic.com Sep 18 2019 19:29:41      THE GUARDIAN LIFE INSURANCE,
                 CO OF AMERICA,    7 HANOVER SQUARE,    NEW YORK, NY 10004-4025
                                                                                               TOTAL: 9

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)    TWecf@pamd13trustee.com
              James   Warmbrodt    on behalf of Creditor   PNC BANK NATIONAL   ASSOCIATION bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              Vincent Rubino    on behalf of Debtor 1 Lynette Madeline Roy
               lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
               williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                               TOTAL: 4
```

| UNITED STATES BANKRUPTCY COURT |
| --- |
| MIDDLE DISTRICT OF PENNSYLVANIA |

In re:

| | | |
| --- | --- | --- |
| Lynette Madeline Roy,<br>aka Lynette M. Roy, aka Lynette Roy, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:19−bk−03198−RNO |

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **October 16, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| | |
| --- | --- |
| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 23, 2019<br><br>Time: 09:30 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| | |
| --- | --- |
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: DDunbar, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 18, 2019 |

ntcnfhrg (03/18)