United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Lynette Madeline Roy  
    Debtor

Case No. 19-03198-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Aug 26, 2024      Form ID: 3180W      Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Lynette Madeline Roy, 153 St. Andrews Drive, Bushkill, PA 18324-8670 |
| 5227521 | CHS PROFESSIONAL PRACTICE INC, PO BOX 826348, PHILADELPHIA, PA 19182-6348 |
| 5227525 | PNC BANK MORTGAGE SERVICING, PO BOX 8703, DAYTON, OH 45401-8703 |
| 5227531 | THE GUARDIAN LIFE INSURANCE, CO OF AMERICA, 7 HANOVER SQUARE, NEW YORK, NY 10004-2616 |
| 5255213 | Towd Point Mortgage Trust 2019-1, et al., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | Aug 26 2024 22:35:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5227519 | | EDI: CAPITALONE.COM | Aug 26 2024 22:35:00 | CAPITAL ONE, PO BOX 30285, SALT LAKE CITY, UT 84130-0285 |
| 5227522 | | EDI: CITICORP | Aug 26 2024 22:35:00 | CITI CARDS/CBNA, PO BOX 6241, SIOUX FALLS, SD 57117-6241 |
| 5241739 | | EDI: CAPITALONE.COM | Aug 26 2024 22:35:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 5251609 | | EDI: CITICORP | Aug 26 2024 22:35:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 5227523 | | EDI: DISCOVER | Aug 26 2024 22:35:00 | DISCOVER, PO BOX 30943, SALT LAKE CITY, UT 84130 |
| 5230880 | | EDI: DISCOVER | Aug 26 2024 22:35:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 5227524 | + | EDI: CITICORP | Aug 26 2024 22:35:00 | EXXONMOBIL/CBNA, PO BOX 6404, SIOUX FALLS, SD 57117-6404 |
| 5227520 | | EDI: JPMORGANCHASE | Aug 26 2024 22:35:00 | CHASE BANK, PO BOX 15298, WILMINGTON, DE 19850 |
| 5235575 | + | Email/Text: RASEBN@raslg.com | Aug 26 2024 18:41:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5252929 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 26 2024 18:44:26 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5255465 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 26 2024 18:41:00 | PNC Bank, NA, ATTN: Bankruptcy, P.O. Box 94982, Cleveland, OH 44101 |
| 5253545 | | EDI: PRA.COM | Aug 26 2024 22:35:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |

| | | | | |
|---|---|---|---|---|
| 5227526 | + | EDI: CITICORP | Aug 26 2024 22:35:00 | SEARS/CBNA, PO BOX 6282, SIOUX FALLS, SD 57117-6282 |
| 5227527 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 26 2024 18:41:00 | SELECT PORTFOLIO SERVICING INC, ATTN BANKRUPTCY DEPT, PO BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 5227528 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 26 2024 18:41:00 | SELECT PORTOLIO SERVICING, 10401 DEERWOOD PARK BLVD, JACKSONVILLE, FL 32256-0505 |
| 5227529 | ^ | MEBN | Aug 26 2024 20:24:47 | ST LUKES, 801 OSTRUM STREET, BETHLEHEM, PA 18015-1000 |
| 5227530 | | EDI: SYNC | Aug 26 2024 22:35:00 | SYNCHRONY BANK, ATTN BANKRUPTCY DEPT, PO BOX 965060, ORLANDO, FL 32896-5061 |
| 5228222 | ^ | MEBN | Aug 26 2024 20:24:51 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |

TOTAL: 19

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 28, 2024          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:**

**Name** — **Email Address**

Bradley J Osborne
on behalf of Creditor Towd Point Mortgage Trust 2019-1  U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. bosborne@hoflawgroup.com, ckohn@hoflawgroup.com

Jack N Zaharopoulos
TWecf@pamd13trustee.com

James Warmbrodt
on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

Karina Velter
on behalf of Creditor Towd Point Mortgage Trust 2019-1  U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. karina.velter@powerskirn.com, brausch@pincuslaw.com

Michelle McGowan
on behalf of Creditor Towd Point Mortgage Trust 2019-1  U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. mimcgowan@raslg.com

Sarah K. McCaffery

| | |
|---|---|
| | on behalf of Creditor Towd Point Mortgage Trust 2019-1  U.S. Bank National Association, as Indenture Trustee c/o Select Portfolio Servicing, Inc. smccaffery@pincuslaw.com, ckohn@hoflawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |
| Vincent Rubino | on behalf of Debtor 1 Lynette Madeline Roy lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;rkidwell@newmanwilliams.com;swiggins@newmanwilliams.com |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Lynette Madeline Roy<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–4709<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court    Middle District of Pennsylvania | | |
| Case number:    5:19-bk-03198-MJC | | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Lynette Madeline Roy
aka Lynette M. Roy, aka Lynette Roy

8/26/24

**By the court:**

Mark J. Conway, United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**